Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Attorney for Stephanie Madsen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No: 1:20-cr-00238-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| STEPHANIE MADSEN, | |
| Defendant. | |

   Defendant by and through her attorney of record and Plaintiff by and through its attorney of record, hereby stipulate to add the following pretrial release condition:

   You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

   The government and pretrial services are also in support/have no objection of the modification.

Dated: March 3, 2021                              Respectfully submitted,


                                                   s/s Barbara Hope O'Neill
                                                  Barbara Hope O'Neill attorney for
                                                  Stephanie Madsen

1

Dated: March 3, 2021                    s/s   Stephanie M. Stockman
                                        Assistant United States Attorney

## ORDER

The Stipulation is GRANTED and the condition added to the other conditions of release.

IT IS SO ORDERED.

Dated:   **March 4, 2021**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE