Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Stephanie Madsen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE MADSEN,<br><br>　　　　　Defendant. | CASE No: 1:20-CR-00238-JLT<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING DATE AND ORDER |

Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. This matter is set for sentencing on Friday, January 13, 2023 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to March 27, 2023 at 10 a.m.

3. The parties agree and stipulate and request that the court grant the continuance. Both parties agree that time is excluded to and including March 27, 2023. The case involves complex sentencing issues that require more time for research.

1

IT IS SO STIPULATED:

DATED: December 9, 2022                    Respectfully submitted,

                                                /s/ Barbara Hope O'Neill
                                                  Barbara Hope O'Neill
                                                Attorney for Stephanie Madsen

DATED: December 9, 2022                         /s/ Stephanie Stockman
                                                  Stephanie Stockman
                                                Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   **December 13, 2022**                              _____
                                                                      UNITED STATES DISTRICT JUDGE