Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Stephanie Madsen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>STEPHANIE MADSEN,<br><br>Defendant. | CASE No:  1:20-CR-00238-JLT<br><br>MOTION TO FILE SENTENCING MEMORANDUM, ATTACHMENTS 1 AND 2 UNDER SEAL |

    Counsel requests to file the Sentencing Memorandum and Attachments 1 and 2 under seal. They contain personal information of a sensitive nature.

Dated: March 17, 2023                    Respectfully submitted,

                                     s/s Barbara Hope O'Neill
                                    Barbara Hope O'Neill
                         Attorney for Stephanie Madsen

ORDER

Because the sentencing memorandum and the attachments to it, reveal highly personal and psychiatric matter, which is normally kept confidential, the Court **GRANTS** the request that they be filed under **SEAL**.

IT IS SO ORDERED.

Dated: __March 17, 2023__

UNITED STATES DISTRICT JUDGE