# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE MADSEN,<br><br>　　　　　Defendant. | Case No. 1:20-cr-00238-JLT-SKO-2<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

A detention hearing as to Defendant Stephanie Madsen was held on November 30, 2020, and a motion to revoke the order of release was held on December 2, 2020. (ECF Nos. 105, 115.) On December 2, 2020, Defendant was ordered released with conditions, including a $1,000 cash bond. (ECF Nos. 115; 129.) On December 7, 2020, Peter Madsen posted a cash bond in the amount of $1,000.00 (Receipt # CAE100047137). (ECF Nos. 125, 126.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (Id. at 2; see ECF No. 124.)

On September 2, 2022, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.[1] (ECF Nos. 371, 373.) On March 29, 2023, Defendant was sentenced to

---

[1] At this time, Defendant was in custody pursuant to a detention order following a revocation of pretrial release. (ECF Nos. 315, 327.)

a custodial term of 150 months and was ordered remanded to the custody of the United States Marshal. (ECF No. 584.) Defendant is currently serving her sentence.[2]

Given Defendant has reported to serve her sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $1,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:   **July 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[2] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

2