# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO-2 |
| Plaintiff, | ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| STEPHANIE MADSEN, | |
| Defendant. | |

A detention hearing as to Defendant Stephanie Madsen was held on November 30, 2020, and a motion to revoke the order of release was held on December 2, 2020. (ECF Nos. 105, 115.) On December 2, 2020, Defendant was ordered released with conditions, including a $1,000 cash bond. (ECF Nos. 115; 129.) On December 7, 2020, Peter Madsen posted a cash bond in the amount of $1,000.00 (Receipt # CAE100047137). (ECF Nos. 125, 126.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (Id. at 2; see ECF No. 124.)

On September 2, 2022, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 371, 373.) On March 29, 2023, Defendant was sentenced to a custodial term of 150 months and was ordered remanded to the custody of the United States Marshal. (ECF No. 584.) Defendant is currently serving her sentence.

On July 9, 2025, the Court ordered the Government to show cause in writing why the bond should not be released to the surety. (ECF No. 1964.) On July 16, 2025, the Government filed a non-opposition to the exoneration of the bond. (ECF No. 1976.)

The Court finds that Defendant has complied with the conditions of her bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $1,000 cash bond posted by Peter Madsen on behalf of Stephanie Madsen is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $1,000 cash bond to the address on record.

IT IS SO ORDERED.

Dated: **July 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2