HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
STEPHANIE MADSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. F 20-238 JLT 2 |
| Plaintiff, | **Motion to Withdraw Federal Defender and Appoint ad hoc CJA Counsel; Defendant's Consent** |
| v. | |
| STEPHANIE MADSEN, | |
| Defendant. | |

      Defendant, STEPHANIE MADSEN, through Heather E. Williams, Federal Defender, by David M. Porter, Assistant Federal Defender, moves to withdraw the Federal Defender as counsel beginning September 1, 2025, and appoint David M. Porter as *ad hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 671, § XI.C. As Assistant Federal Defender, David M. Porter has been assigned to Ms. Madsen's representation and asserts he has the level of experience and knowledge that would otherwise qualify him for CJA Panel membership. This request is made because Mr. Porter will no longer with be the Federal Defender Office, Eastern District of California, effective September 1, 2025, and the

/ / /

/ / /

/ / /

Motion to Withdraw Federal Defender and Appoint    -1-    *United States v. Stephanie Madsen,*
ad hoc CJA Counsel; Defendant's Consent                              Cr. F 20-238 JLT 2

requested appointment will provide Ms. Madsen with consistency of representation through his case's resolution. Ms. Madsen's consent is below.

Date: September 5, 2025

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ David M. Porter*
        DAVID M. PORTER
        Assistant Federal Defender

### DEENDANT'S CONSENT

I, STEPHANIE MADSEN, have been advised of this request and that I do not have to agree to it. I do agree to the Federal Defender's withdrawal to have David M. Porter continue to represent me.

Date: September 5, 2025

        */s/ Stephanie Madsen*
        STEPHANIE MADSEN
        Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On September 5, 2025, he caused to be served a copy of the attached Motion to Withdraw Federal Defender and Appoint *ad hoc* CJA Counsel; Defendant's Consent by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California, as follows:

> Ms. Stephanie Madsen
> Reg. No. 18525-509
> Marin County Jail
> 13 Peter Behr Drive
> San Rafael, CA 94903

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2025.

/s/ *Alex Mayle*
ALEX MAYLE