HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
STEPHANIE MADSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. F 20-238 JLT 2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER WITHDRAWING FEDERAL DEFENDER AND APPOINTING AD HOC CJA COUNSEL** |
| STEPHANIE MADSEN, | ) | |
| Defendant. | ) | |

On Defendant's motion and consent, good cause appearing therefor and for consistency of representation,

IT IS HEREBY ORDERED, effective September 1, 2025, the Federal Defender Office is withdrawn as counsel, and David M. Porter is appointed as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3600A(b) and Eastern District of California CJA Plan, Gen. Ord. 671, § XI.C.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

_____
UNITED STATES DISTRICT JUDGE