# ATTACHMENT H

**Documents from**
***United States v. Darrell Smith*,**
**N.D. Cal. No. 4:23-cr-00110 YGR**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>   Case No. <u>23-cr-00110-YGR</u>

CASE NAME: <u>USA v. Darrell Wayne Smith</u>

<u>NOTE FROM THE JURY</u>

Note No. __7__

Date __9/24/2025__

Time __1:49__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

After much deliberation, the Jury is unable to reach a unanimous verdict and is convinced it will not be able to with further deliberation.

_____
Foreperson of the Jury

**RECEIVED**

SEP 24 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   SAILAJA PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       andrew.paulson@usdoj.gov
        sailaja.paidipaty@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,            ) Case No. 4:23-cr-00110-YGR
                                        )
15         Plaintiff,                   ) **NOTICE OF DISMISSAL AND [PROPOSED]**
                                        ) **ORDER**
16     v.                               )
                                        )
17 DARRELL WAYNE SMITH,                 )
       a/k/a "Dirty Dick Smith"         )
18                                      )
           Defendant.                   )
19                                      )
                                        )
20

21      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the above captioned Second

23 Superseding Indictment against Darrell Wayne Smith without prejudice.

24 DATED: November 19, 2025                        Respectfully submitted,

25                                                 CRAIG H. MISSAKIAN
                                                   United States Attorney
26

27                                                 */s/ Martha Boersch*
                                                   MARTHA BOERSCH
28                                                 Chief, Criminal Division

NOTICE OF DISMISSAL                    1
4:23-cr-00110-YGR

1  **[PROPOSED]** ORDER

2  Leave is granted to the government to dismiss the Second Superseding Indictment against

3  Darrell Wayne Smith without prejudice.

5  DATED: December 22, 2025

   HON. YVONNE GONZALEZ ROGERS
   United States District Judge